**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

hwexler@seyfarth.com

**T** (212) 218-3332

www.seyfarth.com

June 27, 2025

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
U.S. District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

Re:  **Sonita Jacobs v. Elevance Health Inc., et al., Case No.: 1-25-cv-00947-RA**

Dear Judge Abrams:

This firm represents Defendants Elevance Health, Inc. ("Elevance"), Stephanie Collazo (improperly spelled in the caption as "Colazzo"), and Shannon Cosminski (hereinafter, the "Defendants") in the above matter. We write pursuant to Rule 1(D) of Your Honor's Individual Rules to respectfully request adjournment of the initial status conference on August 8, 2025 at 1:00 p.m., and an extension of time to file the corresponding joint letter and proposed case management plan and scheduling order.  (ECF No. 14).

On February 4, 2025, Plaintiff filed a Complaint against Defendants.  (ECF No. 3).  On May 27, 2025, Defendants filed an Answer.  (ECF No. 12).  On May 28, 2025, this case was automatically referred to the Southern District of New York's Alternative Dispute Resolution program, per this Court's Standing Administrative Order of May 24, 2015.  (ECF No. 13).  On the same day, this Court issued an Order and Notice of Conference, scheduling the initial status conference on August 8, 2025 at 1:00 p.m. before Your Honor, and ordering that the joint letter, and proposed case management plan and scheduling order be filed no later than August 1, 2025. (ECF No. 14).  On June 13, 2025, a conference was held between the mediator and the Parties, and the Parties later agreed upon a mediation date of August 13, 2025.

Given the mediation date is scheduled for August 13, 2025, after the initial status conference, the parties respectfully request an adjournment of the initial status conference on August 8, 2025 at 1:00 p.m., to dates convenient for the Court, which are no earlier than August 25, 2025 (*i.e.* giving the Parties 7 days, or up and including August 18, 2025, to file the joint letter, and proposed case management plan and scheduling order, following the close of the mediation).

This is Defendants' first request for an extension of the initial status conference, and second request for an extension of time.  Defendants' previous request for an extension of their responsive

Hon. Ronnie Abrams, U.S.D.J.
July 27, 2025
Page 2

pleading deadline was granted. (ECF No. 10). This application is being made in good faith and not to cause undue delay. If granted, this request will not impact any other scheduled dates.

This office has communicated with Plaintiff's counsel, and Plaintiff consents to the relief requested herein.

We thank the Court in advance for its time and attention to this matter.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Howard Wexler*

Howard Wexler


cc: All counsel of record (via ECF)

Application granted. The conference previously scheduled for August 8, 2025 is hereby adjourned to August 29, 2025 at 12:30 p.m.

SO ORDERED.

Hon. Ronnie Abrams
June 30, 2025

318693690v.1