UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

SONITA JACOBS,

                  Plaintiff,

    -against-

ELEVANCE HEALTH, INC.; STEPHANIE
COLAZZO; AND SHANNON
COSMINSKI,

                Defendants.

------------------------------------------------------- X

Civil Action No. 1:25-cv-00947-RA

**ORDER OF ATTORNEY WITHDRAWAL**

      **IT IS HEREBY ORDERED THAT**, attorney Emily A. Barsamian, an attorney formerly with the law firm Seyfarth Shaw LLP, is hereby withdrawn as counsel in the above-captioned matter. Emily A. Barsamian was one of the attorneys for Defendants Elevance Health, Inc., Stephanie Colazzo, and Shannon Cosminski (collectively, the "Defendants") while with the law firm Seyfarth Shaw LLP. Emily A. Barsamian is no longer affiliated with Seyfarth Shaw LLP. The undersigned will continue to represent the Defendants. The clerk is hereby directed to remove Emily A. Barsamian from the Court docket and designate her status as terminated.

/s/ Howard M. Wexler
Howard M. Wexler
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 218-5500
hwexler@seyfarth.com

**SO ORDERED**

_____
Honorable Ronnie Abrams
United States District Judge
March 31, 2026

322776450v.1