UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SONITA JACOBS,                                :
                                              :
                         Plaintiff,           :        25-CV-947 (RA) (RWL)
                                              :
          - against -                         :
                                              :        **ORDER**
ELEVANCE HEALTH INC., ET AL.,                 :
                                              :
                         Defendants.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter has been referred to the undersigned for general pretrial purposes. The Court understands Judge Abrams' order at Dkt. 30 to have granted the parties' requested extension of discovery deadlines. With respect to Defendants' request for a conference to address Defendant's inability to serve two third parties, by **April 8, 2026**, Defendants shall meet and confer with Plaintiff concerning, and file a letter stating, (i) the relief sought; (ii) legal authority supporting the relief sought; and (iii) whether Plaintiff consents; and, if not, Plaintiff's arguments in opposition.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2026
       New York, New York

Copies transmitted this date to all counsel of record.