UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| SONITA JACOBS,<br><br>Plaintiff,<br><br>- against -<br><br>ELEVANCE HEALTH INC., ET AL.,<br><br>Defendants. | 25-CV-947 (RA) (RWL)<br><br>**ORDER** |

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 18, 2026, Defendant filed a letter at Dkt. 46 requesting a pre-motion conference in anticipation of a motion to dismiss and/or for sanctions. If Plaintiff wishes to respond to the letter, such response shall be filed by **September 28, 2026**.

The Clerk of Court is respectfully directed to send a copy of this order to the now pro-se Plaintiff at her designated address and note same on the record.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 18, 2026
New York, New York

Copies transmitted this date to all parties of record.